IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
 )
vs. )
 ) Cr. No. 04-069T
 )
RENATO M. GARCIA, a/k/a )
Renato Da Costa Ponta-Garca )

**MOTION FOR AN ORDER AUTHORIZING DISCOVERY**
**PURSUANT TO FED. R. CRIM. P. 32.2(c)(1)(B)**

Now comes the United States of America, by and through its attorneys, and moves the Court for an order, pursuant to FED. R. CRIM. P. 32.2(c)(1)(B), authorizing discovery in accordance with the Federal Rules of Civil Procedure with respect to the claim of the petitioner, Richard Vendola, for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2005, I caused a copy of the foregoing **MOTION FOR AN ORDER AUTHORIZING DISCOVERY PURSUANT TO FED. R. CRIM. P. 32.2(c)(1)(B)**, memorandum in support of the same, and proposed order, to be forwarded, by postage prepaid mail, to:

Richard Vendola
614 Laurel Hill Road
Norwich, CT 06360

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | Cr. No. 04-069T |
| | ) | |
| RENATO M. GARCIA, a/k/a | ) | |
| Renato Da Costa Ponta-Garca | ) | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR AN ORDER AUTHORIZING DISCOVERY**
**PURSUANT TO FED. R. CRIM. P. 32.2(c)(1)(B)**

In this ancillary proceeding, the petitioner, Richard Vendola, asserts a claim to $54,500 from funds seized from the account of Renskip Motor Sales, which the court ordered the defendant, Renato M. Garcia, to forfeit as a result of his conviction. FED. R. CRIM. P. 32.2(c)(1)(B), which took effect on December 1, 2000, provides that the court may "permit the parties to conduct discovery in accordance with the Federal Rules of Civil Procedure if the court determines that discovery is necessary or desirable to resolve factual issues."

Discovery in an ancillary proceeeding is appropriate after the disposition of any dispositive motion under FED. R. CRIM. P. 32.2(c)(1)(A), such as a motion to dismiss for lack of standing or failure to state a claim, and prior to any hearing on the petitioner's claim. FED. R. CRIM. P.

32.2(c)(1)(B); see also United States v. BCCI Holdings (Luxembourg) S.A., 961 F. Supp. 282 (D.D.C. 1997) (noting that it was not unreasonable for government to await outcome of its motion to dismiss before requesting discovery from third-party petitioner). The court exercises wide discretion in authorizing discovery in ancillary proceedings. See United States v. Moffitt, Zwerling & Kemler, P.C., 83 F.3d 660, 671 (4th Cir. 1996). FED. R. CRIM. P. 32.2(c)(1)(B) provides that the Federal Rules of Civil Procedure govern discovery in ancillary proceedings. Accordingly, parties may obtain discovery regarding any relevant matter that is not privileged. Moreover, the information sought need not be admissible, but must be "reasonably calculated" to lead to admissible evidence. Fed. R. Civ. P. 26(b)(1).

Here, the government seeks discovery from the petitioner, Richard Vendola, concerning the alleged wire-transfer of $54,500 into the Renskip account by JeanMarc Agostini for the purchase of a 2001 AM General Hummer from the petitioner, Richard Vendola. This information is necessary to resolve the petitioner's claim to $54,500 of the funds of Renskip Motor Sales. The issue of whether the $54,500 was wire-transferred into the Renskip account as payment for a 2001 AM General Hummer is a disputed issue of fact in this proceeding. To

obtain information regarding the circumstances surrounding the alleged wire-transfer of these funds, the government seeks discovery in any manner authorized by the Federal Rules of Civil Procedure, including, but not limited to, depositions, interrogatories, and document demands.

For the above reasons, the government requests that the Court issue an order pursuant to Fed. R. Crim P. 32.2(c)(1)(B), authorizing discovery in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2005, I caused a copy of the foregoing **MOTION FOR AN ORDER AUTHORIZING DISCOVERY PURSUANT TO FED. R. CRIM. P. 32.2(c)(1)(B)**, memorandum in support of the same, and proposed order, to be forwarded, by postage prepaid mail, to:

Richard Vendola
614 Laurel Hill Road
Norwich, CT 06360

Linda A. D'Agostino-Ezzell