IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | Cr. No. 04-[illegible]T |
| | ) | |
| RENATO M. GARCIA, a/k/a | ) | |
| Renato Da Costa Ponta-Garca | ) | |

STIPULATION FOR SETTLEMENT OF CLAIM

It is hereby stipulated by and between the claimants, Lawrence Proulx and Catherine Proulx, on the one hand, and the United States of America, on the other, by and through their respective attorneys, as follows:

1. That the claim of Lawrence Proulx and Catherine Proulx to fifteen thousand seven hundred dollars ($15,700.00) of the assets of RENSKIP MOTOR SALES, INC., 85 Main Street, Westerly, Rhode Island, shall be allowed.

2. That the claimants, Lawrence Proulx and Catherine Proulx, consent to the forfeiture of the remaining assets of RENSKIP MOTOR SALES, INC., 85 Main Street, Westerly, Rhode Island, to the United States of America.

3. That the claimants, Lawrence Proulx and Catherine Proulx, agree to accept these terms in full settlement and satisfaction of any and all claims and demands, which they or their assigns may have against the United States of America, and its agents and employees on account of the institution of

the within forfeiture action.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

LAWRENCE PROULX and
CATHERINE PROULX
Claimants

By their attorney,

STUART R. NORMAN, JR., ESQ.
19 Slater Avenue
Jewett City, CT 06351

ORDER

The within Stipulation for Settlement of Claim is hereby approved.

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT

6/7/05