IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )
) Cr. No. 04-069T
)
RENATO M. GARCIA, a/k/a )
Renato Da Costa Ponta-Garca )

**ORDER AUTHORIZING DISCOVERY**

The United States of America having moved, pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), for authorization to conduct discovery to resolve factual issues regarding the third party claim of Richard Vendola to $54,500 of the funds seized from Renskip Motor Sales, Inc.;

The Court finds, based on the government's submissions, that such discovery is necessary or desirable under Fed. R. Crim. P. 32.2(c)(1)(B) to resolve such factual issues.

IT IS HEREBY ORDERED that, pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), the parties may conduct discovery in accordance with the Federal Rules of Civil Procedure, for the purpose set forth above.

BY ORDER:

ENTER:

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT
6/14/05