IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) Cr. No. 04-069T |
| | ) |
| RENATO M. GARCIA, a/k/a | ) |
| Renato Da Costa Ponta-Garca | ) |

## NOTICE OF DEPOSITION

Please take notice that the United States of America will take the deposition upon oral examination of the claimant, Jennifer Mitchell, on June 30, 2005, at 9:30 a.m. at the United States Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, before an official United States Court Reporter or before some other person authorized by law to take depositions.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June 2005, I caused a copy of the foregoing Notice of Deposition to be forwarded, by Certified Mail, Return Receipt Requested, to Jennifer Mitchell, 32 E.H. Colchester Turnpike, Moodus, CT 06469.