IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUN 20 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
vs. ) Cr. No. 04-069T
RENATO M. GARCIA, a/k/a )
Renato Da Costa Ponta-Garca )

STIPULATION FOR SETTLEMENT OF CLAIM

It is hereby stipulated by and between the claimant, Universal Underwriters Insurance Company ("UUIC"), on the one hand, and the United States of America, on the other, by and through their respective attorneys, as follows:

1. That the claim[1] of UUIC to a 2003 Mazda Protégé, VIN: JM1BJ227230649539 seized from RENSKIP MOTOR SALES, INC., 85 Main Street, Westerly, Rhode Island, shall be allowed.

2. That the claimant, UUIC, consents to the forfeiture of the remaining assets of RENSKIP MOTOR SALES, INC., 85 Main Street, Westerly, Rhode Island, to the United States of America.

3. That the claimant, UUIC, agrees to accept these terms in full settlement and satisfaction of any and all claims and demands, which it or its assigns may have against the United States of America, and its agents and employees on account of

---

[1] UUIC acquired its claim to said vehicle through subrogation when it paid the claim of its insured, Valenti Toyota, 4 Langworthy Road, Westerly, Rhode island.

the institution of the within forfeiture action.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

UNIVERSAL UNDERWRITERS
INSURANCE COMPANY,
Claimant

JAMES MILAM
UUIC Subrogation Department
P.O. Box 29195
Shawnee Mission, KS 66201-9195

ORDER

The within Stipulation for Settlement of Claim is hereby approved.

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT
7/5/05