U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR 04-069T |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Renato M. Garcia, a/k/a Renato Da Costa Ponta-Garca | Notice of Forfeiture |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Providence Journal-~~Bulletin~~

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Iannotti, Asst. U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

publish Notice of Forfeiture once a week for three weeks

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 4/22/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 70 | No. 70 | Edward Kawa | 4/22/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 5/17/05 | Time: am / pm |
| | Signature of U.S. Marshal or Deputy: [signature] | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Appearing in Providence Journal 5/3, 5/10 & 5/17/05.
Cost: $4,000.72

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

**The Providence Journal Company**
75 FOUNTAIN STREET
PROVIDENCE, RHODE ISLAND 02902
(401)277-7160 Inquiries
(401)277-7407 Payments

ADVERTISER'S INVOICE AND STATEMENT

FEDERAL I.D. 06-1470361

Verified by [signature]
Date 6-15-05
See att. list for Cases

| ACCOUNT NO. | INVOICE NO. | PAGE |
|---|---|---|
| 20926 | 437514 | 1 |
| DATE | ADVERTISERS CODE | |
| 05/31/05 | | |

U S MARSHALL PROVIDENCE
PO BOX 1524
303 FEDERAL BLDG
PROVIDENCE RI 02901

PAYMENT TERMS DUE BY 06/20/05

PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| TRANSACTION IDENTIFICATION | DATE | DESCRIPTION | COL. INCHES /COPIES | C I | RATE | GROSS AMOUNT | CODE | AMOUNT DUE | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | 0430 | OPENING BALANCE | | | | | | 79564 | |
| 8170-00056116 | 0520 | PAYMENT RECEIVED -THANK YOU | | | | | | 79564- | |
| | | ** CLASSIFIED TRANSACTIONS | | | | | | | |
| | | CLASS DAYS | LINES | | | | | | |
| 4R99012003050305 | 0517 | PN FORFEIT 0040 3 | 432 | | 30870 | 4,00072 | | 4,00072 | |
| | | PO # PN FORFEIT | | | | | | | |

VO# 537 ACCT# 15-2005-5042
OBLI. Date: 06-15-05 VO. AMT. $4,000.72
O/C 2417 AMT. $4,000.72
O/C ______ AMT. ______
CK# 00056201 Date PD. 06-28-05
Rec'd by: K.A. Date: 06-03-05

[signature]
Certifying Officer

TOTAL DUE 4,00072

OBLI. # 8108
VEND. # 85

USM Rhode Island Symbol: 8170

I certify that these goods and/or services were received on (date) and accepted on (date). Oral purchase was authorized and no confirming order has been issued.

Signature Date

Printed or Typed Name and Title

CONTRACT INFORMATION (SEE REVERSE SIDE)

| TYPE | END DATE | THIS MONTH | TO DATE |
|---|---|---|---|
| | | | |

ENDING BALANCE BY MONTH

| | |
|---|---|
| MAY 05 | 4,00072 |

PAID

LEGAL NOTICES

LEGAL NOTICES

## NOTICE OF FORFEITURE

Notice is hereby given that on April 19, 2005, in the case of **United States v. Renato M. Garcia**, CR. No. 04-069T, the United States District Court for the District of Rhode Island entered a Preliminary Order of Forfeiture condemning and forfeiting to the United States of America the following:

1. All of the stock, assets, and inventory of the business known as RENSKIP MOTOR SALES, INC., 85 Main Street, Westerly, Rhode Island, including, the following:

(a) fixtures;

(b) computer hardware and software;

(c) office equipment, including, but not limited to, copying machines, calculators, telephones, and fax machines;

(d) audio and video equipment, including, but not limited to, televisions and surveillance cameras affixed to the premises;

(e) the motor vehicles seized from Renskip Motor Sales, Inc. on May 25, 2004 listed in Exhibit A attached hereto and made a part hereof:

(f) a 1997 Mercedes Benz S600, VIN: WDBGA76G2VA358130 seized on July 16, 2004 from Richard Vendola in Westerly, Rhode Island pursuant to the execution of a federal seizure warrant:

(g) a 2001- Ford F350 Turbo Diesel, VIN: 1FTSX31FX1EA46268 seized on July 22, 2004 from Bob Valenti Auto Mall in Mystic Connecticut, pursuant to the execution of a federal seizure warrant:

(h) automotive parts and equipment including but not limited to 9 Hummer tires;

(i) cash, currency, coins, and checks including but not limited to $128,800.00 in United States currency seized on May 25, 2004, from 32 East Haddam Colchester Turnpike, Moodus, Connecticut; and

(j) bank accounts including but not limited to account number 1412-776-8 ($285,278.91) in the name of Renskip Motor Sales located at Citizens Bank, One Citizens Plaza, Providence, Rhode Island.

2. One parcel of real property with buildings, appurtenances, and improvements located at 85 Main Street, in the Town of Westerly, Rhode Island further described as follows:

A certain tract or parcel of land located on the westerly side of Main Street in the Town of Westerly, County of Washington, and State of Rhode Island, together with the building and improvements thereon, bounded and described as follows:

Beginning at a chisel cut in the sidewalk at the northeasterly corner of the herein described tract, said point of beginning being more precisely located in the westerly street line of Main Street, so-called, at the southeasterly corner of land formerly of Atlantic Refining Company and now or formerly of Shell Oil Company;

Thence running south 75°-25'-00" west, bounded northerly in part by said Shell Oil Company land and in part by land formerly of David Elfenbein et als and now or formerly of The Utter Company, a distance of 150.00 feet to an iron pipe set at the northwesterly corner of the herein described tract;

Thence turning an interior angle of 90°-15'-00" and running south 14°-20'-00" east, bounded westerly by said The Utter Company land, a distance of 130.41 feet to the northwesterly corner of the land which was conveyed to Joseph C. Longolucco and Jo-Ann M. Longolucco by Deed dated May 30, 1991, and recorded in Book 370 at Page 669 of the Westerly Land Evidence Records;

Thence turning an interior angle of 92°-52'-20" and running easterly, bounded southerly by said Longolucco land, a distance of 44.24 feet to a point;

Thence turning an interior angle of 197°-49'-29" and continuing easterly a distance of 104.65 feet to a drill hole;

Thence continuing in the same course a distance of 0.98 feet to the westerly line of Main Street, so-called;

Thence turning an interior angle of 72°-34' 14" to the chord of an arc having an interior angle of 9°-45'-5" and a radius of 414.62 feet, and running an arc distance of 70.56 feet along the westerly line of Main Street to a point;

Thence turning an interior angle of 178°-25'-56" to the chord of said arc and continuing northerly along the westerly line of Main Street, a distance of 100.30 feet to the point and place of beginning, this last course forming an interior angle of 88°-03'-01" with the first described course.

Said parcel of land contains an area of 21,570.61 square feet by estimation and is a portion of the premises conveyed to Joseph C. Longolucco et als by Deed of Guy Michael Maiorano dated May 15, 1987 and recorded in Book 307 at Page 651 of the Westerly Land Evidence Records.

Being the same land and premises conveyed to Renato M. Garcia by Joseph C. Longolucco, Joanne M. Longolucco a/k/a Jo-Ann M. Longolucco, Stephen C. Longolucco, and Susan C. Longolucco by deed dated February 26, 2001, and recorded in the land evidence records of the Town of Westerly at Book 875, Page 006.

The United States hereby gives notice of its intention to dispose of the above-referenced property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced property must file a petition with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL. Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD
United States Marshal
District of Rhode Island

## EXHIBIT A

VEHICLE ID NUMBER. DESCRIPTION OF VEHICLE

1. 5GRGN23U93H132649 2003 Hummer 4W HU2
2. 1FTZR15E91TA36132 2001 Ford Ranger 4X4 XLT
3. 5LMPU28AXXLJ40876 1999 Lincoln Navigator
4. WP0CA2996TS341631 1996 Porsche 942 Convertible
5. WPOEB0910KS170538 1989 Porsche 911 Cabriolet
6. WP0DA2992TS385209 1996 Porsche 911 X-Targo
7. WP0AA2992SS321270 1995 Porsche 911 Carrera
8. JTJHF10U010177771 2001 Lexus RX 300 VSC
9. J8DC4B144Y7012488 2000 GMC 14' Box Truck
10. 5GRGN23U53H132573 2003 Hummer HU2
11. WPOCA2994VS341786 1997 Porsche 911 Carrera
12. 3VWVB81H3WM235983 1998 Volkswagon Jetta
13. 1HGCF86661A041669 2001 Honda Accord
14. WDBAB33C4FA271960 1985 Mercedes 300D
15. 2HGEJ6520VH575168 1997 Honda Civic
16. 4A3AL54F8VE169245 1997 Mitsubishi GSX
17. JM1BJ227230649539 2003 Mazda Protege
18. 1G4BR8370NW406432 1992 Buick Roadmaster
19. 2HGEJ6615YH552706 2000 Honda Civic
20. 5TBBT481X3S387753 2003 Toyota Tundra
21. WDBJH82F1XX023879 1999 Mercedes Benz
22. 4T1BF18B0WU230203 1998 Toyota Avalon XL
23. 3VWSB81H1VM054723 1997 Volkswagon Jetta GLS
24. 4B3AG42G6E155175 2003 Dodge Stratus
25. 4T1BF12B0VU158829 1997 Toyota Avalon XL
26. 1B7HF13Y8XJ570972 1999 Dodge Ram 1500 PK
27. 1GCEK19R9WE159232 1998 Chevrolet 1500 Pickup
28. 1N6DD21S3XC333364 1999 Nissan Frontier Pickup
29. 1FMFU18L9VLA76921 1997 Ford Expedition SUV
30. JT3HJ85J7T0128471 1996 Toyota Land Cruiser
31. JHMCB7681MC073393 1991 Honda -
32. WPOEB091XFS170228 1985 Porsche 911 Carrera Conv.
33. JT3HN86R4Y0270468 2000 Toyota 4-Runner
34. 1GTEK19T7YE129242 2000 GMC Sierra
35. JNRDR09Y01W211715 2001 Infinity QX4
36. 4T1BG22K21U606569 2001 Toyota Camry LE
37. 1HGCD5651SA087682 1995 Honda Accord
38. WDBEB31E9SC072715 1995 Mercedes Benz E300 Special Edition Sedan
39. 1HGCG16591A000979 2001 Honda Accord Sedan
40. 2HGEJ657XVH524031 1997 Honda Civic
41. 4T1VK13E9NU001379 1992 Toyota Camry XLE
42. JT23022K7W[illegible] 1998 Toyota Camry LE

ORDER NUMBER

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE
United States Marshals Service, Providence, RI

DATE 4/26/05

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is set solid, without paragraphing, and without any display in heading unless otherwise expressly authorized in the specificat

NAME OF THE PUBLICATION ADVERTISED IN
Providence Journal

SUBJECT OF ADVERTISEMENT
85 Main St. Westerly

EDITION OF PAPER ADVERTISEMENT APPEARED
Daily

NUMBER OF TIMES ADVERTISEMENT APPEARED
3

DATE(S) ADVERTISEMENT APPEARED
5/3, 5/10 & 5/17/05

SPECIFICATIONS FOR ADVERTISEMENT
Tearsheets

COPY FOR ADVERTISEMENT

SEE ATTACHED COPY OF ADVERTISEMENT

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE 4/26/05 | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL Karen J. Allen | TITLE SFS |

INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC. D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C., Invitation No. C-6676-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 2:00 p.m., November 16, 1966.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

UNITED STATES MARSHALS SERVICE
P.O. BOX 1524
PROVIDENCE, RI 02901-1524

IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

1997 Mercedes
9 Hummer tires
$285,278.91 U.S. Currency
D(CT) 2001 Ford F350
D(CT) $128,800.00 U.S. Currency

04-DEA-[illegible] $83.3:
04-DEA-439556 $83.3:
05-DEA-451616 $83.3:
04-DEA-437303 $83.3:
04-DEA-439582 $83.35
04-DEA-438605 $83.35

EXHIBIT A

| | VEHICLE ID NUMBER | DESCRIPTION OF VEHICLE | |
|---|---|---|---|
| 1. | 5GRGN23U93H132649 | 2003 Hummer 4W HU2<br>04-DEA-437054 | $83.3 |
| 2. | 1F[illegible]R15E91TA36132 | 2001 Ford Ranger 4X4 XLT<br>04-DEA-437080 | $83.3: |
| 3. | 5LMPU28AXXLJ41676 | 1999 Lincoln Navigator<br>04-DEA-437084 | $83.35 |
| 4. | WPOCA2996TS341631 | 1996 Porsche 942 Convertible<br>04-DEA-437093 | $83.35 |
| 5. | WPOEB0910KS170538 | 1989 Porsche 911 Cabriolet<br>04-DEA-437094 | $83.35 |
| 6. | WPODA2992TS385209 | 1996 Porsche 911 X-Targo<br>04-DEA-437102 | $83.35 |
| 7. | WPOAA2992SS321270 | 1995 Porsche 911 Carrera<br>04-DEA-437158 | $83.35 |
| 8. | JTJHF10U010177771 | 2001 Lexus RX 300 VSC<br>04-DEA-437160 | $83.35 |
| 9. | J8DC4B144Y7012488 | 2000 GMC 14' Box Truck<br>04-DEA-437161 | $83.35 |
| 10. | 5GRGN23U53H132573 | 2003 Hummer HU2<br>04-DEA-437162 | $83.35 |
| 11. | WPOCA2994VS341786 | 1997 Porsche 911 Carrera<br>04-DEA-437163 | $83.35 |
| 12. | 3VWVB81H3WM235983 | 1998 Volkswagon Jetta<br>04-DEA-437166 | $83.35 |
| 13. | 1HGCF86661A041669 | 2001 Honda Accord<br>04-DEA-437169 | $83.35 |
| 14. | WDBAB33C4FA271960 | 1985 Mercedes 300D<br>04-DEA-437175 | $83.35 |
| 15. | 2HGEJ6520VH575168 | 1997 Honda Civic<br>04-DEA-437176 | $83.35 |
| 16. | 4A3AL54F8VE169245 | 1997 Mitsubishi GSX<br>04-DEA-437178 | $83.35 |
| 17. | JM1BJ227230649539 | 2003 Mazda Protégé<br>04-DEA-437180 | $83.35 |
| 18. | 1G4BR8370NW406432 | 1992 Buick Roadmaster<br>04-DEA-437182 | $83.35 |
| 19. | 2HGEJ6615YH552706 | 2000 Honda Civic<br>04-DEA-437185 | $83.35 |
| 20. | 5TBBT481X3S387753 | 2003 Toyota Tundra<br>04-DEA-437187 | $83.35 |
| 21. | WDBJH82F1XX023879 | 1999 Mercedes Benz<br>04-DEA-437193 | $83.35 |

| | VEHICLE ID NUMBER | DESCRIPTION OF VEHICLE | |
|---|---|---|---|
| 22. | 4T1BF18B[illegible] | 1998 Toyota Avalon XL<br>04-DEA-437195 | # 83.35 |
| 23. | 3VWSB81H1VM054723 | 1997 Volkswagen Jetta GLS<br>04-DEA-437200 | # 83.35 |
| 24. | 4B3AG42G[illegible]E1[illegible]175 | 2003 Dodge Stratus<br>04-DEA-437202 | # 83.35 |
| 25. | 4T1BF12B0VU158829 | 1997 Toyota Avalon XL<br>04-DEA-437207 | # 83.35 |
| 26. | 1B7HF13Y8XJ570972 | 1999 Dodge Ram 1500 PK<br>04-DEA-437204 | # 83.35 |
| 27. | 1GCEK19R9WE159232 | 1998 Chevrolet 1500 Pickup<br>04-DEA-437211 | # 83.35 |
| 28. | 1N6DD21S3XC333364 | 1999 Nissan Frontier Pickup<br>04-DEA-437215 | # 83.35 |
| 29. | 1FMFU18L9VLA76921 | 1997 Ford Expedition SUV<br>04-DEA-437219 | # 83.35 |
| 30. | JT3HJ85J7T0128471 | 1996 Toyota Land Cruiser<br>04-DEA-437223 | # 83.35 |
| 31. | JHMCB7681MC073393 | 1991 Honda –<br>04-DEA-437225 | # 83.35 |
| 32. | WP0EB091XFS170228 | 1985 Porsche 911 Carrera Conv.<br>04-DEA-437278 | # 83.35 |
| 33. | JT3HN86R4Y0270468 | 2000 Toyota 4-Runner<br>04-DEA-437279 | # 83.35 |
| 34. | 1GTEK19T7YE129242 | 2000 GMC Sierra<br>04-DEA-437281 | # 83.35 |
| 35. | JNRDR09Y01W211715 | 2001 Infinity QX4<br>04-DEA-437283 | # 83.35 |
| 36. | 4T1BG22K21U806569 | 2001 Toyota Camry LE<br>04-DEA-437285 | # 83.35 |
| 37. | 1HGCD5651SA087682 | 1995 Honda Accord<br>04-DEA-437289 | # 83.35 |
| 38. | WDBEB31E9SC072715 | 1995 Mercedes Benz E300 Special Edition Sedan<br>04-DEA-437292 | # 83.35 |
| 39. | 1HGCG16591A000979 | 2001 Honda Accord Sedan<br>04-DEA-437293 | # 83.3 |
| 40. | 2HGEJ657XVH524031 | 1997 Honda Civic<br>04-DEA-437325 | # 83.3 |
| 41. | 4T1VK13E9NU001379 | 1992 Toyota Camry XLE<br>04-DEA-437885 | # 83.3 |
| 42. | JT2BG22K7W0177326 | 1998 Toyota Camry LE<br>04-DEA-437891 | # 83.3 |