U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: CR 04-69T |
| DEFENDANT: Renato M. Garcia, a/k/a Renato Da Costa Ponta-Garca | TYPE OF PROCESS: Stipulation and Order for Settlement of Claim |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Lawrence and Catherine Proulx

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Iannotti, Assistant U.S. Atty.
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

Please pay claimants.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 6/23/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | [signature] Allen | 6/24/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

| Date of Service | Time |
|---|---|
| 7-19-05 | am pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: See attached Public Voucher for $15,700.00 (Copy)

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

Standard Form 1034
Revised October 1987
Department of the Treasury
1 TFM 4-2000

# PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL

VOUCHER NO. 587

U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION
United States Marshals Service
Two Exchange Terrace, Suite 323
P.O. Box 1524
Providence, RI 02901-1524

DATE VOUCHER PREPARED
July 19, 2005

CONTRACT NUMBER AND DATE

REQUISITION NUMBER AND DATE

SCHEDULE NO.

PAID BY
U. S. Marshal
Dist. R. I.
Symbol No. 8170
07/19/05

DATE INVOICE RECEIVED

DISCOUNT TERMS

PAYEE'S ACCOUNT NO.

**PAYEE'S NAME AND ADDRESS**
Stuart R. Norman, Jr., Attorney for
Lawrence and Catherine Proulx
19 Slater Avenue
Jewett City, CT 06351

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NO. |
|---|---|---|---|
| | | | |

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES *(Enter description, item number of contract or Federal supply schedule, and other information deemed necessary)* | QUANTITY | UNIT COST | UNIT PER | AMOUNT (1) |
|---|---|---|---|---|---|---|
| | | Stipulation for Settlement of Claim, CR 04-069T, signed by Chief Judge Ernest C. Torres (copy attached) | | | | $15,700.00 |

(Use continuation sheets) if necessary) **(Payee must NOT use the space below)** **TOTAL** $15,700.00

PAYMENT:
- [ ] PROVISIONAL
- [x] COMPLETE
- [ ] PARTIAL
- [ ] FINAL
- [ ] PROGRESS
- [ ] ADVANCE

APPROVED FOR = $
EXCHANGE RATE = $1.00
DIFFERENCES

BY (2)
Karen L. Allen

Amount verified; correct for $15,700.00

TITLE
Seizure & Forfeiture Specialist

(Signature or initials)

Pursuant to authority vested in ~~me, I certify that this~~ voucher is correct and proper for payment.

7-19-05 — Date
KWD — Authorized Certifying Officer (2)
AO — (Title)

O/C 4508

ACCOUNTING CLASSIFICATION

| PAID BY | | | |
|---|---|---|---|
| CHECK NUMBER 8170-00056239 | ON ACCOUNT OF U.S. TREASURY 15 X 6874 04-DEA-437303 | CHECK NUMBER | ON *(Name of bank)* |
| CASH | DATE | PAYEE 3 | |

PER

TITLE

(1) When stated in foreign currency, state name of currency
(2) If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his/her official title.
(3) When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name as well as the capacity in which he/she signs, must appear. For example: John Doe Company, per John.

PRIVACY ACT STATEMENT
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

SF-1034
10/87
USMS 07/05

COPY