IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )
) Cr. No. 04-069T
)
RENATO M. GARCIA, a/k/a )
Renato Da Costa Ponta-Garca )

RECEIVED
JUL 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ORDER GRANTING PERMISSION**
**FOR ISSUANCE OF A SUBPOENA**

Pursuant to Rule 3.8(f) of the Rhode Island Rules of Professional Conduct, the government's motion for the issuance of a subpoena *duces tecum*, requiring Louis B. Cappuccio, Jr. to appear for deposition upon oral examination under oath and to provide certain documents to the government is hereby granted on the following conditions:

1. Louis B. Cappuccio, Jr. is not precluded from moving to quash the subpoena to the extent that it encompasses any documents or testimony protected by the attorney/client privilege or for any other reason that may constitute grounds for quashing a subpoena.

2. A copy of this order shall be served with the subpoena.

BY ORDER:

DEPUTY CLERK

ENTER:

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT

DATE: 8/9/05