U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OS AMERICA | CR 04-069T |
| **DEFENDANT** | **TYPE OF PROCESS** |
| RENATO GARCIA A/K/A RENATODACOSTA GARCIA | SUBPOENA |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MR. ROBERT MARQUIS, CHARTER OAK FEDERAL CREDIT UNION

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
# 3 BOSTON POST ROAD, WATERFORD, CT 06385

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. IANNOTTI, ESQ.
OFFICE OF THE UNITED STATES ATTORNEY
50 KENNEDY PLAZA, 8TH FLOOR
PROVIDENCE, RHODE ISLAND 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

MR. MARQUIS IS A LOAN OFFICER WITH CHARTER OAK FEDERAL CREDIT UNION.
HOURS OF OPERATION AT: M-W 9am - 4:30 pm, TH-F 9am - 5pm, SAT 9am - noon
PHONE NUMBER IS 860-437-2111. SERVICE SHOULD BE COMPLETED BY AUGUST ~~5TH~~ 5TH.

Direct - 860-446-3317

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Mich G Iannotti | [X] PLAINTIFF ☐ DEFENDANT | 401-709-5000 | 8-3-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. | Karen L Allen | 8/3/05 |

I hereby certify and return that I [X] have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 8/11/05 | Time: 1320 am / (pm) |
| | Signature of U.S. Marshal or Deputy: CIDUSM T.R. Saluzzi | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.- | 36.00 | 8.00 | | | | |

REMARKS:
R/T miles 90

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**