IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) Cr. No. 04-069T |
| | ) |
| RENATO M. GARCIA, a/k/a | ) |
| Renato Da Costa Ponta-Garca | ) |

**STATEMENT OF UNDISPUTED FACTS**
**IN SUPPORT OF**
**GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**
**WITH RESPECT TO THE CLAIM OF JENNIFER MITCHELL**

Pursuant to Local Rule 12.1, the government submits the following facts as being not in dispute in support of its motion for summary judgment with respect to the claim of Jennifer Mitchell:

1. On February 18, 2004, the claimant, Jennifer Mitchell, obtained a cash advance on her MBNA credit card in the amount of $24,800 so that she could then loan the money to the defendant, Renato Garcia.

2. On February, 19, 2004, the funds were direct deposited into her checking account at the Connecticut State Employees Credit Union.

3. On February 24, 2004, Mitchell obtained a bank check drawn on this account and payable to Jennifer L. Mitchell and Renato Garcia in the amount of $25,000.

4. Mitchell endorsed the back of the check and gave it to the defendant, Renato Garcia.

5. The back of the check contains endorsements by Mitchell and Garcia and indicates that it was processed through both Citizens Bank on February 25, 2004 and Fleet Bank on February 26, 2004.

6. On May 25, 2004, a seizure warrant was executed against the assets of Renskip Motor Sales, Inc. including bank account number 1412-776-8 ($285,278.91) in the name of Renskip Motor Sales located at Citizens Bank, One Citizens Plaza, Providence, Rhode Island.

7. An additional $128,800.00 in United States currency was seized on May 25, 2004, from 32 East Haddam Colchester Turnpike, Moodus, Connecticut, where Mitchell (and, on occasion, Garcia) resided.

8. Subsequent to the seizure of Renskip Motor Sales, Inc., Garcia (through a power of attorney granted to Mitchell) sold property that he owned on Liberty Street in Pawcatuck, Connecticut.

9. Mitchell used the proceeds from the sale to pay the outstanding balance on her MBNA credit card.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney