IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )
) Cr. No. 04-069
)
RENATO M. GARCIA, a/k/a )
Renato Da Costa Ponta-Garca )

RECEIVED
AUG 29 2005
U.S. DISTRICT C
DISTRICT OF RHOD

ORDER

The government having moved the court for an order allowing the interlocutory sale of certain vehicles seized from Renskip Motor Sales, Inc. which are listed in the Preliminary Order of Forfeiture entered by the Court on April 19, 2005; and for the reasons set forth in said motion, it is hereby

ORDERED, ADJUDGED, AND DECREED

as follows:

1. That the vehicles listed in Exhibit A, attached hereto, shall be sold by the United States Marshals Service in a commercially reasonable manner pursuant to 21 U.S.C. § 853(e)(1), as incorporated by 18 U.S.C. § 982(b)(1);

2. That upon completion of the sale of each vehicle, the proceeds shall be distributed as follows:

(a) the costs of the sale;

(b) the payment of any outstanding liens on the vehicles;

and

(c) the remainder to be deposited in the United States Marshals Seized Asset Deposit Account pending the entry of a Final Order of Forfeiture.

BY ORDER:

ENTER:

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT
9/20/05

**EXHIBIT A**

| | VEHICLE ID NUMBER | DESCRIPTION OF VEHICLE |
|---|---|---|
| 1. | 1FTZR15E91TA36132 | 2001 Ford Ranger 4X4 XLT |
| 2. | WP0CA2996TS341631 | 1996 Porsche 942 Convertible |
| 3. | WPOEB0910KS170538 | 1989 Porsche 911 Cabriolet |
| 4. | WPODA2992TS385209 | 1996 Porsche 911 X-Targo |
| 5. | WPOAA2992SS321270 | 1995 Porsche 911 Carrera |
| 6. | J8DC4B144Y7012488 | 2000 GMC 14' Box Truck |
| 7. | 3VWVB81H3WM235983 | 1998 Volkswagon Jetta |
| 8. | 5TBBT481X3S387753 | 2003 Toyota Tundra |
| 9. | WDBAB33C4FA271960 | 1985 Mercedes 300D |
| 10. | 2HGEJ6520VH575168 | 1997 Honda Civic |
| 11. | 4A3AL54F8VE169245 | 1997 Mitsubishi GSX |
| 12. | 1G4BR8370NW406432 | 1992 Buick Roadmaster |
| 14. | 2HGEJ6615YH552706 | 2000 Honda Civic |
| 15. | WDBJH82F1XX023879 | 1999 Mercedes Benz |
| 16. | 3VWSB81H1VM054723 | 1997 Volkswagon Jetta GLS |
| 17. | 4T1BF12B0VU158829 | 1997 Toyota Avalon XL |
| 18. | 4T1BF18B0WU230203 | 1998 Toyota Avalon XL |
| 19. | 4B3AG42G6E155175 | 2003 Dodge Stratus |
| 20. | 1B7HF13Y8XJ570972 | 1999 Dodge Ram 1500 PK |
| 21. | 1N6DD21S3XC333364 | 1999 Nissan Frontier Pickup |
| 22. | 1FMFU18L9VLA76921 | 1997 Ford Expedition SUV |
| 23. | JT3HJ85J7T0128471 | 1996 Toyota Land Cruiser |

| | | |
|---|---|---|
| 24. | WPOEB091XFS170228 | 1985 Porsche 911 Carrera Conv. |
| 25. | 1HGCD5651SA087682 | 1995 Honda Accord |
| 26. | WDBEB31E9SC072715 | 1995 Mercedes Benz E300 Special Edition Sedan |
| 27. | 2HGEJ657XVH524031 | 1997 Honda Civic |
| 28. | 4T1VK13E9NU001379 | 1992 Toyota Camry XLE |
| 29. | JT23022K7W0177326 | 1998 Toyota Camry LE |
| 30. | WDBGA76G2VA358130 | 1997 Mercedes Benz S600 |