IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | Cr. No. 04-069T |
| | ) | |
| RENATO M. GARCIA, a/k/a | ) | |
| Renato Da Costa Ponta-Garca | ) | |

FILED
SEP 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**
**WITH RESPECT TO THE CLAIM OF JENNIFER MITCHELL**

Now comes the United States of America, by and through its attorneys, pursuant to Fed. R. Civ. P. 56, as incorporated by Fed. R. Crim. P. 32.2(c)(1)(B), and moves for summary judgment with respect to the claim of Jennifer Mitchell "to the sum of Twenty-Five thousand ($25,000.00) Dollars from the funds seized from Renato Garcia and/or Renskip Motor Sales" for the reason that there is no genuine issue as to any material fact and the government is entitled to judgment as a matter of law.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

GRANTED

Ernest C. Torres
Chief, US District Judge
10/4/05

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September 2005, I caused a copy of the foregoing **GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO THE CLAIM OF JENNIFER MITCHELL** and supporting memorandum of law and Statement of Undisputed Facts to be forwarded, by regular mail, to:

Susan T. Perkins, Esq.
462 Broadway
Providence, RI 02909