IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )
) Cr. No. 04-069T
)
RENATO M. GARCIA, a/k/a )
Renato Da Costa Ponta-Garca )

**GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**
**WITH RESPECT TO THE CLAIM OF RICHARD VENDOLA**

Now comes the United States of America, by and through its attorneys, pursuant to Fed. R. Civ. P. 56, as incorporated by Fed. R. Crim. P. 32.2(c)(1)(B), and moves for summary judgment with respect to the claim of Richard Vendola to $57,000 from the funds seized from Renskip Motor Sales for the reason that there is no genuine issue as to any material fact and the government is entitled to judgment as a matter of law.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
11/15/05

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2005, I caused a copy of the foregoing **GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO THE CLAIM OF RICHARD VENDOLA** and supporting memorandum of law and Statement of Undisputed Facts to be forwarded, by regular mail, to:

Richard Vendola
614 Laurel Hill Road
Norwich, CT 06360

Nancy A. DiQuinzio