UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 04-69

RENATO GARCIA

**SCHEDULING ORDER**

The above matter is being scheduled for hearing to determine the validity of the claim asserted by Chad R. Martell to one 2003 Hummer H2, VIN No. 5GRGN23U53H132573.

It is hereby ORDERED that on or before December 30, 2005, the parties file memoranda stating the relevant facts; the reasons that they believe that the vehicle should or should not be forfeited and the points and authorities supporting their respective positions.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: December 9, 2005