IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR. NO. 04-069T

RENATO M. GARCIA, a.k.a
Renato M. Costa Ponta-Garca

**STATEMENT OF FACTS IN SUPPORT OF THE CLAIMANT, CHAD MARTEL**

Now comes the claimant, Chad Martel, and files his statement of facts in support of his claim:

1. That Martel purchased a 2003 Hummer H2 vehicle on or about April 15, 2003 from Renskip Motor Sales.

2. That Martel took immediate possession of the vehicle until the spring of 2004 when he began to seek out potential purchasers for the vehicle.

3. That prior to May of 2004, Martel herein placed said motor vehicle, (2003 Hummer H2) on the property of Renskip Motor Sales for sale.

4. That the purpose of the vehicle being placed for sale on the Renskip lot was that Martel was returning to Florida for an extended period of time and wished to sell his vehicle.

5. That said vehicle was at all times pertinent hereto, titled, registered and insured to Chad Martel as evidenced by a true copy of the title attached hereto and registration renewal form.

6. That Martel has never executed any documentation, bill of sale, contract, assignment of title, or other documentation authorizing the transfer of his interest in said vehicle to Garcia, Renskip or any other party.

7. That Martel never granted Renato Garcia/Renskip Motor Sales, its' agents or assigns, a security interest in said vehicle either in writing or verbally.

8. That Garcia/Renskip never had a perfected security interest or lien on said vehicle.

9. That Renato Garcia/Renskip did not use this vehicle in any illegal trafficking that gave rise to his arrest.

10. That the claimant, Chad Martel, had no knowledge of the illegal activities of Renato Garcia.

11. That on or about May of 2004, the United States of America, through its' agents, executed an arrest warrant and seizure action against all assets, inventory, and real estate of Renskip Motor Sales, Inc.

12. That as part of said action, the United States of America seized the vehicle, which is the subject of this claim.

13. That the United States of America, pursuant to said seizure, seized the original title and registration plates of said vehicle which were located in the Renskip offices.

14. That Martel received a Notice of Forfeiture filed by the United States limiting it's forfeiture to all stock, assets, and inventory of Renskip Motor Sales, Inc. as set forth in the Notice of Forfeiture dated April 19, 2005. Further, said Notice includes the subject vehicle herein.

The Claimant,
Chad Martel

By: ______________________________

Michael L. Cozzolino, Esq. (#3305)
42 Granite Street
Westerly, Rhode Island 02891
(401) 596-9000
(401) 596-7796 - Fax

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to Attorney Michael Iannotti, U.S. Department of Justice, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, by first class mail, postage prepaid on the 28th day of December, 2005.

______________________________
Michael L. Cozzolino