AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America v. Renato Garcia

CASE NUMBER: CR04-69T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Michael Iannotti | Michael Cozzolino |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| February 16, 2006 | Angela Reynolds | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/16/06 | | | W-1 Chad Martel |
| 1 | | 2/16/06 | X | FULL | Motor Vehicle Purchase Agreement / Bill of Sale |
| 2 | | 2/16/06 | X | FULL | Dealer's Statement of Sale - Motor Vehicle |
| 3 | | 2/16/06 | X | FULL | Purchase & Sales Agreement |
| 4 | | 2/16/06 | X | FULL | RI State Employees Credit Union Loan Statement |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.