IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )
) Cr. No. 04-069T
)
RENATO M. GARCIA, a/k/a )
Renato Da Costa Ponta-Garca )

AFFIDAVIT

I, Michael P. Iannotti, on oath depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That on April 19, 2005, this court entered a Preliminary Order of Forfeiture with respect to the defendant's interest in the following property:

1. all of the stock, assets, and inventory of the business known as RENSKIP MOTOR SALES, INC., 85 Main Street, Westerly, Rhode Island, including, the following:

(a) fixtures;

(b) computer hardware and software;

(c) office equipment, including, but not limited to, copying machines, calculators, telephones, and fax machines;

(d) audio and video equipment, including, but not limited to, televisions and surveillance cameras affixed to the premises;

(e) the motor vehicles seized from Renskip Motor Sales, Inc. on May 25, 2004;

(f) one 1997 Mercedes Benz S600, VIN: WDBGA76G2VA358130 seized on July 16, 2004 from Richard Vendola in Westerly Rhode Island pursuant to the execution of a federal seizure warrant;

(g) one 2001 Ford F350 Turbo Diesel, VIN: 1FTSX31FX1EA46268 seized on July 22, 2004 from Bob Valenti Auto Mall in Mystic Connecticut, pursuant to the execution of a federal seizure warrant;

(h) automotive parts and equipment including but not limited to 9 Hummer tires;

(i) cash, currency, coins, and checks including but not limited to $128,800 in United States currency seized on May 25, 2004, from 32 East Haddam Colchester Turnpike, Moodus, Connecticut;

(j) bank accounts including but not limited to account number 1412-776-8 ($285,278.91) in the name of Renskip Motor Sales located at Citizens Bank, One Citizens Plaza, Providence, Rhode Island; and

Said assets were not to include furniture, shelves, tools, a Bose radio, ladders, vacuum cleaners, or any cameras that are not affixed to the premises.

2. one parcel of real property with buildings, appurtenances, and improvements located at 85 Main Street, in the Town of Westerly, Rhode Island further described as follows:

A certain tract or parcel of land located on the westerly side of Main Street in the Town of Westerly, County of Washington, and State of Rhode Island, together with the building and improvements thereon, bounded and described as follows:

Beginning at a chisel cut in the sidewalk at the northeasterly corner of the herein described tract, said point of beginning being more precisely located in the westerly street line of Main Street, so-called, at the southeasterly corner of land formerly of Atlantic Refining Company and now or formerly of Shell Oil Company;

Thence running south 75°-25'-00" west, bounded northerly in part by said Shell Oil Company land and in part by land formerly of David Elfenbein et als and now or formerly of The Utter Company, a distance of 150.00 feet to an iron pipe set at the northwesterly corner of the herein described tract;

Thence turning an interior angle of 90°-15'-00" and running south 14°-20'-00" east, bounded westerly by said The Utter Company land, a distance of 130.41 feet to the northwesterly corner of the land which was conveyed to Joseph C. Longolucco and Jo-Ann M. Longolucco by Deed dated May 30, 1991, and recorded in Book 370 at Page 669 of the Westerly Land Evidence Records;

Thence turning an interior angle of 92°-52'-20" and running easterly, bounded southerly by said Longolucco land, a distance of 44.24 feet to a point;

Thence turning an interior angle of 197°-49'-29" and continuing easterly a distance of 104.65 feet to a drill hole;

Thence continuing in the same course a distance of 0.98 feet to the westerly line of Main Street, so-called;

Thence turning an interior angle of 72°-34'-14" to the chord of an arc having an interior angle of 9°-45'-5" and a radius of 414.62 feet, and running an arc distance of 70.56 feet along the westerly line of Main Street to a point;

Thence turning an interior angle of 178°-25'-56" to the chord of said arc and continuing northerly along the westerly line of Main Street, a distance of 100.30 feet to the point and place of beginning, this last course forming an interior angle of 88°-03'-01" with the first described course.

Said parcel of land contains an area of 21,570.61 square feet by estimation and is a portion of the premises conveyed to Joseph C. Longolucco et als by Deed of Guy Michael Maiorano dated May 15, 1987 and recorded in Book 307 at Page 651 of the Westerly Land Evidence Records.

Being the same land and premises conveyed to Renato M. Garcia by Joseph C. Longolucco, Joanne M. Longolucco a/k/a Jo-Ann M. Longolucco, Stephen C. Longolucco, and Susan C. Longolucco by deed dated February 26, 2001, and recorded in the land evidence records of the Town of Westerly at Book 875, Page 006.

3. That direct written notice has been provided to all persons or entities known to have alleged an interest in the property.

4. That on or about July 25, 2005, the United States Marshal received checks in the amounts of $14,500 and $12,450 from Valenti Toyota as payment of amounts owed to Renskip Motor Sales, Inc. for transactions occurring prior to seizure.

5. That the claim of Lawrence and Catherine Proux to $15,700 has been settled (Exhibit One).

6. That the claim of Universal Underwriters Insurance Company to a 2003 Mazda Protégé, VIN: JM1BJ227230649539, has been settled. (Exhibit Two).

7. That the government has been granted summary judgement with respect to the claim of Jennifer Mitchell. (Exhibit Three).

8. That the government has been granted summary judgement with respect to the claim of Richard Vendola. (Exhibit Four).

9. That after hearing on February 16, 2006, the claim of Chad Martel to one 2003 Hummer H2, VIN:5GRGN23U53H132573, was granted subject to a $31,990 interest of the United States.

10. That the vehicles listed in Exhibit B were sold pursuant to an Order allowing the interlocutory sale of said vehicles entered by the court on September 20, 2005.

11. That notice of this forfeiture action was published in the Providence Journal on May 3, 10, and 17, 2005. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the final publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. (Exhibit Five).

12. That no other third party has made any claim to or declared any interest in the above-described forfeited property.

WHEREFORE, the United States moves this court for a Final Order of Forfeiture declaring the above-described property forfeited as to all parties and vesting full right, title and interest in the property in the United States and directing the United States Marshal to dispose of said real property according to law.

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed to and sworn to before me at Providence, Rhode Island this 23rd day of February, 2006.

Notary Public

Notary Public

My commission expires 8/27/09.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | Cr. No. 04-[illegible]T |
| | ) | |
| RENATO M. GARCIA, a/k/a | ) | |
| Renato Da Costa Ponta-Garca | ) | |

## STIPULATION FOR SETTLEMENT OF CLAIM

It is hereby stipulated by and between the claimants, Lawrence Proulx and Catherine Proulx, on the one hand, and the United States of America, on the other, by and through their respective attorneys, as follows:

1. That the claim of Lawrence Proulx and Catherine Proulx to fifteen thousand seven hundred dollars ($15,700.00) of the assets of RENSKIP MOTOR SALES, INC., 85 Main Street, Westerly, Rhode Island, shall be allowed.

2. That the claimants, Lawrence Proulx and Catherine Proulx, consent to the forfeiture of the remaining assets of RENSKIP MOTOR SALES, INC., 85 Main Street, Westerly, Rhode Island, to the United States of America.

3. That the claimants, Lawrence Proulx and Catherine Proulx, agree to accept these terms in full settlement and satisfaction of any and all claims and demands, which they or their assigns may have against the United States of America, and its agents and employees on account of the institution of

EXHIBIT ONE

the within forfeiture action.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

LAWRENCE PROULX and
CATHERINE PROULX
Claimants

By their attorney,

STUART R. NORMAN, JR., ESQ.
19 Slater Avenue
Jewett City, CT 06351

ORDER

The within Stipulation for Settlement of Claim is hereby approved.

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT

6/7/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUN 20 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )
) Cr. No. 04-069T
)
RENATO M. GARCIA, a/k/a )
Renato Da Costa Ponta-Garca )

STIPULATION FOR SETTLEMENT OF CLAIM

It is hereby stipulated by and between the claimant, Universal Underwriters Insurance Company ("UUIC"), on the one hand, and the United States of America, on the other, by and through their respective attorneys, as follows:

1. That the claim[1] of UUIC to a 2003 Mazda Protégé, VIN: JM1BJ227230649539 seized from RENSKIP MOTOR SALES, INC., 85 Main Street, Westerly, Rhode Island, shall be allowed.

2. That the claimant, UUIC, consents to the forfeiture of the remaining assets of RENSKIP MOTOR SALES, INC., 85 Main Street, Westerly, Rhode Island, to the United States of America.

3. That the claimant, UUIC, agrees to accept these terms in full settlement and satisfaction of any and all claims and demands, which it or its assigns may have against the United States of America, and its agents and employees on account of

---

[1] UUIC acquired its claim to said vehicle through subrogation when it paid the claim of its insured, Valenti Toyota, 4 Langworthy Road, Westerly, Rhode island.

the institution of the within forfeiture action.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

UNIVERSAL UNDERWRITERS
INSURANCE COMPANY,
Claimant

for UUIC

JAMES MILAM
UUIC Subrogation Department
P.O. Box 29195
Shawnee Mission, KS 66201-9195

ORDER

The within Stipulation for Settlement of Claim is hereby approved.

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT
7/5/05

Case 1:04-cr-00069-T Document 90 Filed 10/04/2005 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )
) Cr. No. 04-069T
)
RENATO M. GARCIA, a/k/a )
Renato Da Costa Ponta-Garca )

FILED
SEP 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**
**WITH RESPECT TO THE CLAIM OF JENNIFER MITCHELL**

Now comes the United States of America, by and through its attorneys, pursuant to Fed. R. Civ. P. 56, as incorporated by Fed. R. Crim. P. 32.2(c)(1)(B), and moves for summary judgment with respect to the claim of Jennifer Mitchell "to the sum of Twenty-Five thousand ($25,000.00) Dollars from the funds seized from Renato Garcia and/or Renskip Motor Sales" for the reason that there is no genuine issue as to any material fact and the government is entitled to judgment as a matter of law.

GRANTED
Ernest C. Torres
Chief, US District Judge
10/4/05

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

EXHIBIT THREE

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September 2005, I caused a copy of the foregoing **GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO THE CLAIM OF JENNIFER MITCHELL** and supporting memorandum of law and Statement of Undisputed Facts to be forwarded, by regular mail, to:

Susan T. Perkins, Esq.
462 Broadway
Providence, RI 02909

[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )
) Cr. No. 04-069T
)
RENATO M. GARCIA, a/k/a )
Renato Da Costa Ponta-Garca )

**GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**
**WITH RESPECT TO THE CLAIM OF RICHARD VENDOLA**

Now comes the United States of America, by and through its attorneys, pursuant to Fed. R. Civ. P. 56, as incorporated by Fed. R. Crim. P. 32.2(c)(1)(B), and moves for summary judgment with respect to the claim of Richard Vendola to $57,000 from the funds seized from Renskip Motor Sales for the reason that there is no genuine issue as to any material fact and the government is entitled to judgment as a matter of law.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
11/15/05

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

EXHIBIT FOUR

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2005, I caused a copy of the foregoing **GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO THE CLAIM OF RICHARD VENDOLA** and supporting memorandum of law and Statement of Undisputed Facts to be forwarded, by regular mail, to:

Richard Vendola
614 Laurel Hill Road
Norwich, CT 06360

Nancy A. DiQuinzio

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CR 04-069T |
| DEFENDANT<br>Renato M. Garcia, a/k/a<br>Renato Da Costa Ponta-Garca | TYPE OF PROCESS<br>Notice of Forfeiture |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Providence Journal-[redacted]

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

RECEIVED
JUL 28 2005
U.S. ATTORNEY
DISTRICT OF R.I.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Iannotti, Asst. U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

publish Notice of Forfeiture once a week for three weeks

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Michael Iannotti* (signature) | ☒ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 4/22/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 70 | No. 70 | (signature) | 4/22/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address *(complete only if different than shown above)* | Date of Service 5/17/05 / Time am pm |
| | Signature of U.S. Marshal or Deputy (signature) |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Appeared in Providence Journal 5/3, 5/10 & 5/17/05.
Cost: 4,000.72

NOTE

**PRIOR EDITIONS MAY BE USED**

**3. NOTICE OF SERVICE**
EXHIBIT FIVE

**FORM USM-285 (Rev. 12/15/80)**

ADVERTISING ORDER

ORDER NUMBER

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE

United States Marshals Service, Providence, RI

DATE 4/26/05

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is set solid, without paragraphing, and without any display in heading unless otherwise expressly authorized in the specificat

NAME OF THE PUBLICATION ADVERTISED IN

Providence Journal

SUBJECT OF ADVERTISEMENT

85 Main St. Westerly

EDITION OF PAPER ADVERTISEMENT APPEARED

Daily

NUMBER OF TIMES ADVERTISEMENT APPEARED

3

DATE(S) ADVERTISEMENT APPEARED

5/3, 5/10 & 5/17/05

SPECIFICATIONS FOR ADVERTISEMENT

Tearsheets

COPY FOR ADVERTISEMENT

SEE ATTACHED COPY OF ADVERTISEMENT

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE 4/26/05 | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL Karen J. Allen | TITLE SFO |

INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC. D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C., Invitation No. C-6676-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Binding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 2:00 p.m., November 16, 1966.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

UNITED STATES MARSHALS SERVICE
P.O. BOX 1524
PROVIDENCE, RI 02901-1524

IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

1143-108

LEGAL NOTICES

LEGAL NOTICES

## NOTICE OF FORFEITURE

Notice is hereby given that on April 19, 2005, in the case of **United States v. Renato M. Garcia**, CR. No. 04-069T, the United States District Court for the District of Rhode Island entered a Preliminary Order of Forfeiture condemning and forfeiting to the United States of America the following:

i. All of the stock, assets, and inventory of the business known as RENSKIP MOTOR SALES, INC., 85 Main Street, Westerly, Rhode Island, including, the following:

(a) fixtures;

(b) computer hardware and software;

(c) office equipment, including, but not limited to, copying machines, calculators, telephones, and fax machines;

(d) audio and video equipment, including, but not limited to, televisions and surveillance cameras affixed to the premises;

(e) the motor vehicles seized from Renskip Motor Sales, Inc. on May 25, 2004 listed in Exhibit A attached hereto and made a part hereof:

(f) a 1997 Mercedes Benz S600, VIN: WDBGA76G2VA358130 seized on July 16, 2004 from Richard Vendola in Westerly, Rhode Island pursuant to the execution of a federal seizure warrant;

(g) a 2001- Ford F350 Turbo Diesel, VIN: 1FTSX31FX1EA46268 seized on July 22, 2004 from Bob Valenti Auto Mall in Mystic Connecticut, pursuant to the execution of a federal seizure warrant;

(h) automotive parts and equipment including but not limited to 9 Hummer tires;

(i) cash, currency, coins, and checks including but not limited to $128,800.00 in United States currency seized on May 25, 2004, from 32 East Haddam Colchester Turnpike, Moodus, Connecticut; and

(j) bank accounts including but not limited to account number 1412-776-8 ($285,278.91) in the name of Renskip Motor Sales located at Citizens Bank, One Citizens Plaza, Providence, Rhode Island.

2. One parcel of real property with buildings, appurtenances and improvements located at 85 Main Street, in the Town of Westerly, Rhode Island further described as follows:

A certain tract or parcel of land located on the westerly side of Main Street in the Town of Westerly, County of Washington, and State of Rhode Island, together with the building and improvements thereon, bounded and described as follows:

Beginning at a chisel cut in the sidewalk at the northeasterly corner of the herein described tract, said point of beginning being more precisely located in the westerly street line of Main Street, so-called, at the southeasterly corner of land formerly of Atlantic Refining Company and now or formerly of Shell Oil Company;

Thence running south 75°-25'-00" west, bounded northerly in part by said Shell Oil Company land and in part by land formerly of David Elfenbein et als and now or formerly of The Utter Company, a distance of 150.00 feet to an iron pipe set at the northwesterly corner of the herein described tract;

Thence turning an interior angle of 90°-15'-00" and running south 14°-20'-00" east, bounded westerly by said The Utter Company land, a distance of 130.41 feet to the northwesterly corner of the land which was conveyed to Joseph C. Longolucco and Jo-Ann M. Longolucco by Deed dated May 30, 1991, and recorded in Book 370 at Page 669 of the Westerly Land Evidence Records;

Thence turning an interior angle of 92°-52'-20" and running easterly, bounded southerly by said Longolucco land, a distance of 44.24 feet to a point;

Thence turning an interior angle of 197°-49'-29" and continuing easterly a distance of 104.65 feet to a drill hole;

Thence continuing in the same course a distance of 0.98 feet to the westerly line of Main Street, so-called;

Thence turning an interior angle of 72°-34' 14" to the chord of an arc having an interior angle of 9°-45'-5" and a radius of 414.62 feet, and running an arc distance of 70.56 feet along the westerly line of Main Street to a point;

Thence turning an interior angle of 178°-25'-56" to the chord of said arc and continuing northerly along the westerly line of Main Street, a distance of 100.30 feet to the point and place of beginning, this last course forming an interior angle of 88°-03'-01" with the first described course.

Said parcel of land contains an area of 21,570.61 square feet by estimation and is a portion of the premises conveyed to Joseph C. Longolucco et als by Deed of Guy Michael Maiorano dated May 15, 1987 and recorded in Book 307 at Page 651 of the Westerly Land Evidence Records.

Being the same land and premises conveyed to Renato M. Garcia by Joseph C. Longolucco, Joanne M. Longolucco a/k/a Jo-Ann M. Longolucco, Stephen C. Longolucco, and Susan C. Longolucco by deed dated February 26, 2001, and recorded in the land evidence records of the Town of Westerly at Book 875, Page 006.

The United States hereby gives notice of its intention to dispose of the above-referenced property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced property must file a petition with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL. Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD
United States Marshal
District of Rhode Island

## EXHIBIT A

VEHICLE ID NUMBER, DESCRIPTION OF VEHICLE

1. 5GRGN23U93H132849 2003 Hummer 4W HU2
2. IFTZR15E91TA36132 2001 Ford Ranger 4X4 XLT
3. 5LMPU28AXXLJ40876 1999 Lincoln Navigator
4. WP0CA2996TS341631 1996 Porsche 942 Convertible
5. WPOEB0910KS170538 1989 Porsche 911 Cabriolet
6. WP0DA2992TS385209 1996 Porsche 911 X-Targo
7. WP0AA2992SS321270 1995 Porsche 911 Carrera
8. JTJHF10U010177771 2001 Lexus RX 300 VSC
9. J8DC4B144Y7012488 2000 GMC 14' Box Truck
10. 5GRGN23U53H132573 2003 Hummer HU2
11. WPOCA2994VS341786 1997 Porsche 911 Carrera
12. 3VWVB81H3WM235983 1998 Volkswagon Jetta
13. 1HGCF86661A041669 2001 Honda Accord
14. WDBAB33C4FA271960 1985 Mercedes 300D
15. 2HGEJ6520VH575168 1997 Honda Civic
16. 4A3AL54F8VE169245 1997 Mitsubishi GSX
17. JM1BJ227230649539 2003 Mazda Protege
18. 1G4BR8370NW406432 1992 Buick Roadmaster
19. 2HGEJ6615YH552706 2000 Honda Civic
20. 5TBBT481X3S387753 2003 Toyota Tundra
21. WDBJH82F1XX023879 1999 Mercedes Benz
22. 4T1BF18B0WU230203 1998 Toyota Avalon XL
23. 3VWSB81H1VM054723 1997 Volkswagon Jetta GLS
24. 4B3AG42G6E155175 2003 Dodge Stratus
25. 4T1BF12B0VU158829 1997 Toyota Avalon XL
26. 1B7HF13Y8XJ570972 1999 Dodge Ram 1500 PK
27. 1GCEK19R9WE159232 1998 Chevrolet 1500 Pickup
28. 1N6DD21S3XC333364 1999 Nissan Frontier Pickup
29. 1FMFU18L9VLA76921 1997 Ford Expedition SUV
30. JT3HJ85J7T0128471 1996 Toyota Land Cruiser
31. JHMCB7681MC073393 1991 Honda -
32. WPOEB091XFS170228 1985 Porsche 911 Carrera Conv.
33. JT3HN86R4Y0270468 2000 Toyota 4-Runner
34. 1GTEK19T7YE129242 2000 GMC Sierra
35. JNRDR09Y01W211715 2001 Infinity QX4
36. 4T1BG22K21U606569 2001 Toyota Camry LE
37. 1HGCD5651SA087682 1995 Honda Accord
38. WDBEB31E9SC072715 1995 Mercedes Benz E300 Special Edition Sedan
39. 1HGCG16591A000979 2001 Honda Accord Sedan
40. 2HGEJ657XVH524031 1997 Honda Civic
41. 4T1VK13E9NU001379 1992 Toyota Camry XLE
42. JT23022K7W[illegible] 1998 Toyota Camry LE