IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR. NO. 04-069T

RENATO M. GARCIA, a.k.a
Renato M. Costa Ponta-Garca

**OBJECTION TO MOTION OF UNITED STATES TO ENTER THE FINAL ORDER OF FORFEITURE**

Now comes claimant, Chad Martel, in the above entitled matter and files his objection to the Government's motion of the United States for entry of a final order of forfeiture. As a basis for said objection to motion, the claimant asserts that at prior hearing of the Court, it was ordered that the claim of Chad Martel to a 2003 GMC Hummer H2, V.I.N. 5GRGN23U53H132573 was granted, subject to an interest by the United States Government.

Pursuant to said motion, the Government is seeking to dispose of the vehicle whose possessory interest was granted to Chad Martel by prior order of this Court.

In the Government's proposed order, they are seeking consent of the Court to forfeit said vehicle and authorize the United States Marshall to dispose of the property according to law.

It is the claimant's contention that this contrary to prior orders of this Court.

WHEREFORE, the claimant respectfully requests an order of the Court permitting him to retrieve said vehicle from Government's possession. The claimant asserts that he made a representation to the Government that he wishes to retrieve the vehicle, however, the Government

has expressly denied his request for retrieval. The claimant respectfully requests an order of the Court as set forth along with such further relief as this Honorable Court deems meet and just and the circumstances of the case require.

Claimant
Chad Martel

By: ______________________________

Michael L. Cozzolino, Esq. (#3305)
42 Granite Street
Westerly, Rhode Island 02891
(401) 596-9000
(401) 596-7796 - Fax

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to Attorney Michael Iannotti, U.S. Department of Justice, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, by first class mail, postage prepaid on the 27 day of February, 2006.

______________________________
Michael L. Cozzolino