IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | Cr. No. 04-069T |
| | ) | |
| RENATO M. GARCIA, a/k/a | ) | |
| Renato Da Costa Ponta-Garca | ) | |

GOVERNMENT'S RESPONSE TO THE
OBJECTION OF CHAD MARTEL TO THE
MOTION OF THE UNITED STATES FOR
ENTRY OF A FINAL ORDER OF FORFEITURE

The claimant, Chad Martel, has objected to the Motion of the United States for Entry of a Final Order of Forfeiture. In his objection, Martel, referring to his claim to the 2003 Hummer H2, VIN:5GRGN23U53H132573, states that the Government is seeking "to forfeit said vehicle and authorize the United States Marshall (sp) to dispose of the property according to law."

On February 16, 2006, the court granted Martel's claim to the vehicle upon reimbursement to the United States Government in the amount of $31,990. In its motion and proposed order, the Government states that it is only seeking to forfeit "a $31,990 interest" in the vehicle, not the vehicle itself.

Accordingly, the Court should grant the Motion of the United States for Entry of a Final Order of Forfeiture.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2006, I caused a copy of the foregoing Government's Response to the Objection of Chad Martel to the Motion of the United States for Entry of a Final Order of Forfeiture to be forwarded, by postage prepaid mail, to:

Michael L. Cozzolino, Esq.
42 Granite Street
Westerly, RI 02891