**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. C.R. No. 04-69T

RENATO GARCIA

**ORDER GRANTING CLAIM**

For reasons stated in open court on February 16, 2006, the claim of Chad Martel as to one 2003 Hummer H2 VIN No. 5GRGN23U53H132573 is hereby GRANTED subject to the U.S. Government's $31,990.00 interest in said vehicle. Mr. Martel shall have until Friday March 10, 2006 to reclaim the vehicle by paying $31,990.00 to the United States. Failure to pay by that date will result in the Court entering a final order of forfeiture; provided, however, that any amount in excess of $31,990 realized by the government upon sale of the vehicle shall be paid to Mr. Martel.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres, Chief Judge
Date: 3/2/06