IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )
) Cr. No. 04-069T
)
RENATO M. GARCIA, a/k/a )
Renato Da Costa Ponta-Garcia )

GOVERNMENT'S OBJECTION TO DEFENDANT'S
"MOTION FOR VERIFIED CLAIM AND MONEY SEIZED
BY ASSET FORFEITURE IN ALEXANDRIA, VIRGINIA"

Now comes the United States of America, by and through its attorneys, and objects to the defendant's "Motion for Verified Claim and Money Seized by Asset Forfeiture in Alexandria, Virginia" for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: michael.iannotti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2006, I electronically filed the within Government's Objection to the Defendant's "Motion for Verified Claim and Money Seized by Asset Forfeiture in Alexandria, Virginia" and accompanying memorandum with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document electronically filed with the court to the following non CM/ECF participants:

Renato Garcia
05470-070
M.V.C.C. Unit D
P.O. Box 2000
Philipsburg, PA 16866-0798

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | Cr. No. 04-069T |
| | ) | |
| RENATO M. GARCIA, a/k/a | ) | |
| Renato Da Costa Ponta-Garcia | ) | |

MEMORANDUM IN SUPPORT OF
GOVERNMENT'S OBJECTION TO DEFENDANT'S
"MOTION FOR VERIFIED CLAIM AND MONEY SEIZED
BY ASSET FORFEITURE IN ALEXANDRIA, VIRGINIA"

The defendant, Renato Garcia, has filed a document entitled "Motion for Verified Claim and Money Seized by Asset Forfeiture in Alexandria, Virginia".

The defendant is apparently referring to the proceeds of two checks, dated May 21, 2004, issued by Valenti Toyota ("Valenti") and made payable to Renskip Motor Sales ("Renskip") in the amounts of $12,450 and $14,500, respectively, as payment for Valenti's purchase of two vehicles from Renskip. (See copies of checks attached hereto as Exhibit One). These checks were un-cashed at the time of the seizure of Renskip on May 25, 2004.

On January 18, 2005, the defendant signed a Consent Decree in which he agreed to the forfeiture of "all of the stock, assets, and inventory of the business known as Renskip Motor Sales, Inc. … including the following…(I) cash, currency, coins,

and checks …" A Preliminary Forfeiture Order was entered by the Court on April 19, 2005 reflecting the same.

In July 2005, the above-referenced checks were re-issued by Valenti with the payee changed to the "United States Marshals Service" for the reason that these checks representing money owed by Valenti to Renskip were assets of Renskip and, therefore, covered by the Preliminary Forfeiture Order. The checks were re-issued with the concurrence of the defendant's counsel, William C. Dimitri, Esq. (See correspondence attached hereto as Exhibit Two).

On February 23, 2006, the government filed a motion for entry of a final order of forfeiture which specifically included the above-referenced proceeds of the checks. The motion and proposed order were served on the defendant's counsel, William C. Dimitri, Esq. and no objection to the motion was filed. On March 29, 2006, a Final Order of Forfeiture was entered which specifically included the above-referenced proceeds of the checks.

Any administrative forfeiture notices regarding the checks that may have been sent from the Drug Enforcement administration in Alexandria, Virginia to the defendant were sent in error as the checks were already being criminally forfeited as assets of Renskip.

Since the proceeds of the above-referenced checks were properly forfeited to the United States as assets of Renskip, the defendant's "Motion for Verified Claim and Money Seized by Asset Forfeiture in Alexandria, Virginia" should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: michael.iannotti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 19h day of October, 2006, I electronically filed the within Government's Objection to the Defendant's "Motion for Verified Claim and Money Seized by Asset Forfeiture in Alexandria, Virginia" and accompanying memorandum with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document electronically filed with the court to the following non CM/ECF participants:

Renato Garcia
05470-070
M.V.C.C. Unit D
P.O. Box 2000
Philipsburg, PA 16866-0798

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02903

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI

TOYOTA

**VALENTI TOYOTA**
4 Langworthy Rd.
WESTERLY, RI 02891

57-85
115

CHECK# 58887

58887

PAY **FOURTEEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100**

| DATE | AMOUNT |
|---|---|
| 05/21/04 | $14,500.00 |

TO THE ORDER OF

RENSKIP MOTOR SALES
85 MAIN ST
WESTERLY RI 02891

VALENTI TOYOTA

THE WASHINGTON TRUST CO.
WESTERLY, RHODE ISLAND

⑈058887⑈ ⑆011500858⑆ 8201792⑈

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

TOYOTA

**VALENTI TOYOTA**
4 Langworthy Rd.
WESTERLY, RI 02891

57-85
115

CHECK# 58886

58886

PAY **TWELVE THOUSAND FOUR HUNDRED FIFTY DOLLARS AND 00/100**

| DATE | AMOUNT |
|---|---|
| 05/21/04 | $12,450.00 |

TO THE ORDER OF

RENSKIP MOTOR SALES
85 MAIN ST
WESTERLY RI 02891

VALENTI TOYOTA

THE WASHINGTON TRUST CO.
WESTERLY, RHODE ISLAND

⑈058886⑈ ⑆011500858⑆ 8201792⑈

Per Monica checks are still open

EXHIBIT ONE

*William C. Dimitri, Esq.*
462 BROADWAY
PROVIDENCE, RHODE ISLAND 02909

(401) 273-9092
FAX NO. (401) 331-1898

RHODE ISLAND
AND
FEDERAL PRACTICE

RECEIVED
JUL 27 2005
U.S. ATTORNEY
DISTRICT OF R.I.

July 26, 2005

VIA FACSIMILE AND
REGULAR MAIL

Michael P. Iannotti, AUSA
Fleet Center/8th Floor
50 Kennedy Plaza
Providence, RI 02903

Re: Renato Garcia/Valenti Toyota

Dear Mr. Iannotti:

I have reviewed the forfeiture order in light of the correspondence you sent to William Goodwin at Valenti Toyota.

Despite my rambling phone message in which I initially disagreed with you about the ultimate disposition of the subject funds, my review of the order has modified that position.

It is rather clear that the forfeiture order was not limited to the funds/cash previously seized, but in fact did include other checks, currency..

When I was asked to request replacement checks I relied on my memory as to the order and was of the belief that it was limited to the funds/accounts seized (in addition to the other non-monetary assets). It was an oversight on my part and I apologize for the error.

Thank you.

Very truly yours,

WILLIAM C. DIMITRI, ESQ.
WCD/db

cc: William Goodwin, Valenti Toyota
Jennifer Mitchell

EXHIBIT TWO