UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 04-69-T

RENATO M. GARCIA, a/k/a,
Renato Da Costa Ponta-Garcia

**ORDER**

On March 24, 2006, this Court entered a final Order of Forfeiture forfeiting, among other assets, all checks payable to Mr. Garcia. It appears that the government prevailed on the maker of two of those checks to reissue them to the United States and, in so doing, inadvertently sent administrative forfeiture notices to Mr. Garcia. Mr. Garcia responded by filing a "Motion for Verified Claim" regarding those checks. Since the checks and the proceeds that they represent were forfeited by the March 24 Order, the Motion for Verified Claim is DENIED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: November 1, 2006