UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

November 24, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

**RE:** ***CR04-69T USA v. RENATO M. GARCIA***

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________________
Lucia Cristina Leyva
DEPUTY CLERK

ENCLOSED: APPEAL COVER LETTER; **Doc. #113** NOTICE OF APPEAL (INTERLOCUTORY); **Doc. #107** - Motion for Verified Claim and Money Seized by Asset Forfeiture in Alexandria, VA by Renato M. Garcia; **Doc. #108** - Motion for Verified Claim and Money Seized by Asset Forfeiture in Alexandria, VA by Renato M. Garcia; **Doc. # 109** - Response in Opposition by USA as to Renato M. Garcia re Motion for Verified Claim and Money Seized by Asset Forfeiture in Alexandria, VA; **Doc. # 110** - ORDER denying (107) Motion for Verified Claim as to Renato M. Garcia; denying (108) Motion for Verified Claim as to Renato M. Garcia; **Doc. #111** - Reply to Response to Motion by Renato M. Garcia re (109) Response in Opposition to Motion for Verified Claim and Money Seized by Asset Forfeiture in Alexandria, VA; **Doc. #112** - Affidavit of Renato M. Garcia in support of Motions for Verified Claim and Money Seized by Asset Forfeiture in Alexandria, VA; Certified Copy of Docket;