# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name RENATO M. GARCIA VS U.S

District Court Case No. 04-69-T District of Rhode Island

Date Notice of Appeal filed ______ Court of Appeals Case No. 06-2648

Form filed on behalf of RENATO M. GARCIA

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ______

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ______

## TRANSCRIPT ORDER

Name of Court Reporter District of Rhode Island

Phone Number of Reporter ______

A. ✓ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☑ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☑ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

RECEIVED FEB 28 2007 U.S. Court of Appeals

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.

☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.

☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

☑ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name RENATO M. GARCIA Filer's Signature Renato M. Garcia

Firm/Address M.V.C.C. Unit D P.O. Box 2000 Philipsburg, PA 16866

Telephone number ______ Date mailed to court reporter 2/24/07

(Court Reporter Use ONLY) Date received ______

Form CA1-10 (6/12/06) **SEE INSTRUCTIONS ON REVERSE**