UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF Rhode Island

| | |
|---|---|
| YOUR NAME Renato M-Garcia | CASE# 04-069-T |
| PETITIONER/APPELLANT, | Appeal # 06-2648 |
| VS | |
| UNITED STATES OF AMERICA | |
| RESPONDENT/APPELLEE. | |

**MOTION TO PROCEED AS A POOR PERSON ( IN FORMA PAUPERIS )**

Comes now, the petitioner, as a pro-se litigant, respectfully moves this Honorable Court to **grant** this petition and allow the petitioner to proceed without pre-payment of fee because the petitioner is an indigent who doesn't have money to furnish the filing fee obligation.

Respectfully Submitted,

Name: Garcia M Renato
Id# 05470-070
M.V.C.C.
Unit# D
P.O.Box 2000
Philipsburg, PA 16866-0798

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

RENATO M GARCIA
Plaintiff

V.

UNITED STATES OF AMERICA
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 04-69-T 06-2648

I, RENATO M GARCIA declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration M.V.C.C. PHILIPSBURG, PA

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 5/24/04

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☒ Yes ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. FROM FAMILY & FRIENDS FOR PHONE USE FOR LAWYERS (INS) ALSO MONEY RECIEVED IS FOR COMMISSARY LIKE HEALTH PRODUCTS, PERSONAL CARE, STAMPS, MAYBE ONE MORE $1000.00

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts? ☒ Yes ☐ No

If "Yes," state the total amount. $225.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☒ Yes ☐ No

If "Yes," describe the property and state its value.

LAND (LOT) IN STONINGTON CT — VALUED $130,000.00 TO $300,000.00

LAND (LOT) IN WESTERLY RI — VALUED $30,000.00 to $100,000.00

HOUSE IN WESTERLY (4 FAMILY) NOT LIVED IN — VALUED $150,000.00 to $350,000.00

1984 PORSCHE — VALUED $10,000.00 TO 15,000.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. MOTHER, BUT HAVE NOT BEEN ABLE TO SUPPORT DUE TO INCARCERATION FOR THE LAST 3 YEARS.

I declare under penalty of perjury that the above information is true and correct.

3/8/07
Date

Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

FILED

2007 MAR 21 A 11:18

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

04-69-T

V

CASE# 06-2648

RENATO M. GARCIA

PETITIONER

## FORMA PAUPERIS DECLARATION

I, RENATO M. GARCIA, do hereby certify that I am not a U.S.Citizen, that because of my poverty, I am unable to pay the costs of said motion or action; that I am unable to give security for the same: and that I believe I am entitled to the redress I seek, in said motion or action.

I have in my prison account $ 389.62.

Executed at my current institution M.V.C.C. Philipsburg, PA..

I declare under penalty of perjury that the foregoing is true and correct. Dated this 3/12/07.

Signature of petitioner.

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $389.62 on account to his credit at M.V.C.C. Philipsburg, PA. I further certify that petitioner likewise has the following securities to his credit according to the records of this institution.

D. Harmin, Case Manager

Signature of the prison authority figure.