UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 04-69-T

RENATO M. GARCIA, a/k/a
Renato Da Costa Ponta-Garcia

**ORDER**

Renato Garcia's application to proceed in forma pauperis is DENIED without prejudice to being renewed if it is accompanied by a fully completed affidavit of indigency and it is served on the U.S. Attorney.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 4/19/07