UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 22, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v.RENATO M. GARCIA***
***USDC CR04-69T*** ***USCA: 06-2648***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

enclosed: USCA Transcript Request Form (Requesting transcript of sentencing at the expense of the government); Certified Copy of Docket

**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Case name RENATO GARCIA V UNITED STATES OF AMERICA

District Court Case No. 04-69-T District of RHODE ISLAND

Date Notice of Appeal filed NOVEMBER 14, 06 Court of Appeals Case No. 06-2648

Form filed on behalf of RENATO GARCIA

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ________

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ________

PLEASE FORWARD THE SENTENCING TRANSCRIPT AT THE EXPENSE OF THE GOVERNMENT TO THE FIRST CIRCUIT COURT OF APPEALS TO FURTHER THE APPEAL PROCEEDINGS.

## TRANSCRIPT ORDER

Name of Court Reporter DIMARZIO

Phone Number of Reporter 401-752-7200

A. X **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| XXX | Sentencing | April 19 2005 |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) ________ | |
| ☐ | Testimony (specify) ________ | |
| ☐ | Other (specify) ________ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. XXX **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- XXXX Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name renato m. garcia Filer's Signature [signature]

Firm/Address M.V.C.C. Unit D,555 I Cornell Dr,Philipsburg, PA 16866

Telephone number 401-752-7200 Date mailed to court reporter 6/11/07

(Court Reporter Use ONLY) Date received ________