CR: 04-69
J. Torres

CERTIFIED COPY

# United States Court of Appeals

## For the First Circuit

No. 06-2648

UNITED STATES,

Appellee,

v.

RENATO M. GARCIA,

Defendant, Appellant.

ORDER OF COURT

Entered: October 2, 2007

The motion to proceed in forma pauperis is denied. To the extent the motion requests permission to pay the filing fee in installments, that request is denied as well.

The appellant must pay the filing fee within the next 30 days or this case will be dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 10/2/7

[Cert. cc: David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: Garcia and Iannotti]