CR 04-69
T-11/1/03

# MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 06-2648
RI DC No. 04-cr-0069

UNITED STATES
Appellee

v.

RENATO M. GARCIA, a/k/a Renato Da Costa Ponta-Garcia
Defendant - Appellant

**JUDGMENT**
ENTERED: November 15, 2007
Pursuant to 1st Cir. R. 27.0(d)

On October 2, 2007, this court issued an order denying appellant's request to proceed on appeal in forma pauperis and directing him to pay the docketing fees before the district court by November 2, 2007. Appellant was notified that failure to take any action would result in this appeal being dismissed in accordance with Local Rule 3.0(b).

A review of the district court docket does not reflect the payment of the filing fees, nor did the appellant respond to this court in writing regarding the outstanding fee issue. This appeal, therefore, is dismissed for lack of prosecution in accordance with Local Rule 3.0(b).

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: DEC 06 2007

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Messrs. Garcia, Iannotti]